TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Mishell Bearup

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mishell Bearup, | Case No.: 2:12-cv-01239-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Centron Services, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

1

**NOTICE OF SETTLEMENT**

2

3

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

4

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

5

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

6

Civ. P. 41(a) within 60 days.

7

8

RESPECTFULLY SUBMITTED this 5th day of September, 2012.

9

10

LEMBERG & ASSOCIATES, LLC

11

12

_/s/ Trinette G. Kent_
TRINETTE G. KENT

13

14

Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 5, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby
certify that on September 4, 2012, a copy
of the foregoing document was filed
electronically. Notice of this filing will be
sent by operation of the Court's electronic
filing system to all parties indicated on
the electronic filing receipt. All other
parties will be served by regular U.S.
Mail. Parties may access this filing
through the Court's electronic filing
system.
Tel.: (203) 653-2250
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

1

Executed on September 5, 2012.

2

3                                                        */s/ Allison Ercolano*
                                                         Allison Ercolano
4                                                        Paralegal to Trinette G. Kent, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28